AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JUAN CARRILLO-ACEVEDO | CASE NUMBER: 08CR1309-JM |

I, JUAN CARRILLO-ACEVEDO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___4/24/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Carrillo_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
APR 2 4 2008