# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARRILLO-ACEVEDO,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08 CV 1266 JM<br>CRIM. NO. 08 CR 1309 JM<br><br>**SCHEDULING ORDER** |

Petitioner, a person in federal custody, seeks relief pursuant to 28 U.S.C. §2255. Upon preliminary review of the Petition:

1. **RESPONDENT IS ORDERED** to file an answer or other responsive pleading to the Petition for Writ of Habeas Corpus. Respondent shall file the pleading no later than September 26, 2008. The answer shall include any and all transcripts or other documents relevant to the determination of the issues presented in the Petition.

2. **RESPONDENT IS FURTHER ORDERED** to serve a copy of the pleading upon the Petitioner concurrent with the filing of the pleading with the Court.

3. **IT IS FURTHER ORDERED** that if Petitioner wishes to reply to the pleading, a traverse or other appropriate pleading must be filed no later than October 31, 2008. At that time, pursuant to Local Rule 7.1(d)(1), this matter will be taken under submission and a decision will issue in due course.

4. **IT IS FURTHER ORDERED** that Petitioner shall serve upon Respondent or, if appearance has been entered by counsel, upon Respondent's attorney, a copy of every further pleading

1  or other document submitted for this Court's consideration. Petitioner shall include with the original
2  paper to be filed with the Clerk of Court a certificate stating the manner in which a true and correct
3  copy of any document was served on the Respondent or Respondent's counsel and the date of service.
4  Any paper received by a district judge or magistrate judge which has not been filed with the clerk or
5  which fails to include a certificate of service will be disregarded by the Court.

6     5. **IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this order and
7  the petition on the United States Attorney General or an authorized representative.

8     **IT IS SO ORDERED.**

9  DATED: August 15, 2008

10                               Hon. Jeffrey T. Miller
11                               United States District Judge

13  CC:        All parties